**Order entered February 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00971-CV

## IN THE INTEREST OF S.M.U., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-54214-2020**

## ORDER

Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is Appellant's February 8, 2022 motion for emergency stay and temporary orders.

We request that the Appellee file a response, if any, to Appellant's motion for emergency stay and temporary orders by **February 17, 2022**.

/s/  Bill Pedersen, III
BILL PEDERSEN, III
JUSTICE